IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company,<br>        Petitioner<br><br>v.<br><br>Everest Reinsurance Company,<br>f/k/a Prudential Reinsurance Company<br>        Respondent. | No. |

## ORDER

AND NOW, this ___ day of _____, 2018, upon consideration of Petitioner, Pennsylvania National Mutual Casualty Insurance Company's Petition to Compel Arbitration and any response thereto, it is hereby **ORDERED** that said Petition is **GRANTED**. It is further **ORDERED** that Respondent Everest Reinsurance Company f/k/a Prudential Reinsurance Company is directed to participate in the arbitration demanded by Petitioner on May 16, 2018.

SO ORDERED

_____
J.

220539249