Case 1:18-mc-00653-JEJ   Document 3   Filed 11/14/18   Page 1 of 2

FILED
HARRISBURG, PA
NOV 14 2018
PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company,<br>            Petitioner<br><br>v.<br><br>Everest Reinsurance Company,<br>f/k/a Prudential Reinsurance Company<br>            Respondent. | No. 1:18-mc-00653-SHR |

**PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY'S**
**MOTION TO SEAL CONFIDENTIAL DOCUMENTS**

Petitioner, Pennsylvania National Mutual Casualty Insurance Company ("Penn National"), hereby moves this Court pursuant to LR 5.8 and LCrR 49 for an Order sealing Exhibits A and B to Penn National's Petition to Compel Arbitration and submits the attached package with the documents for which the sealing order is sought, the statement of factual and legal justification for the sealing order, and

220539269

proposed form of order.

                              Respectfully Submitted,

                              CLARK HILL PLC

Dated: November 13, 2018        _____
                              Robert W. Tomilson, Esq. (PA ID 204644)
                              Joseph M. Donley (PA ID 23058)

                              One Commerce Square
                              2005 Market Street
                              Philadelphia, PA 19103
                              215 640 8500
                              rtomilson@clarkhill.com

                              *Counsel for Petitioner, Pennsylvania National Mutual Casualty Insurance Company*