## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company,<br>             Petitioner<br><br>  v.<br><br>Everest Reinsurance Company,<br>f/k/a Prudential Reinsurance Company<br>          Respondent. | No. 1:18-mc-00653-SHR |

## ORDER

AND NOW, this ___ day of _____, 2018, upon consideration of Petitioner, Pennsylvania National Mutual Casualty Insurance Company's Motion to Seal Confidential Documents and any response thereto it is hereby **ORDERED** that said Motion is **GRANTED** and that Exhibits A and B to Petitioner's Petition to Compel Arbitration shall be filed under seal.  It is further **ORDERED** that any future filings in this action that include these documents shall also be filed under seal.

SO ORDERED

_____
J.

220539243