IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company,<br><br>   Petitioner,<br><br> v.<br><br>Everest Reinsurance Company,<br><br>   Respondent. | Case No.: 1:18-mc-00653-JEJ<br><br>**Consolidated Cases** |
| Everest Reinsurance Company,<br><br>   Petitioner,<br><br> v.<br><br>Pennsylvania National Mutual Casualty Insurance Company,<br><br>   Respondent. | Case No.: 1:18-mc-00656-JEJ |

### CERTIFICATION OF
### JEFFREY S. LEONARD

Pursuant to 28 U.S.C. § 1746, I, JEFFREY S. LEONARD, hereby certify that:

1. I am a partner with the law firm Saiber LLC, attorneys for respondent-petitioner Everest Reinsurance Company. I am fully familiar with the facts and procedural circumstances contained herein. I make this Certification in opposition

to Penn National's Petition to Compel Arbitration ("Penn National's Petition") to set certain documents before the Court.

2. Exhibit A in opposition to Penn National's Petition is a set of pertinent excerpts from the First Excess of Loss Reinsurance Contract issued to Pennsylvania National Mutual Casualty Insurance Company ("Penn National"), effective January 1, 1996.

3. Exhibit B in opposition to Penn National's Petition is a petition to confirm an arbitration award filed in <u>Pennsylvania National Mutual Casualty Insurance Co. v. New England Reinsurance Corp. and Hartford Fire Insurance Co.</u>, No. 1:18-mc-00278 (M.D. Pa. 2018).

4. Exhibit C in opposition to Penn National's Petition is a letter, dated May 3, 2018, filed in <u>Pennsylvania National Mutual Casualty Insurance Co. v. New England Reinsurance Corp. and Hartford Fire Insurance Co.</u>, No. 1:18-mc-00278 (M.D. Pa. 2018).

5. Exhibit D in opposition to Penn National's Petition is an Order entered in <u>Pennsylvania National Mutual Casualty Insurance Co. v. New England Reinsurance Corp. and Hartford Fire Insurance Co.</u>, No. 1:18-mc-00278 (M.D. Pa. 2018).

6. Exhibit E in opposition to Penn National's Petition is a letter, dated May 16, 2018, from Richard P. Regan, counsel to Penn National, to Stephen H.

Martin of Everest Global Services.

7. Exhibit F in opposition to Penn National's Petition is a letter (without Exhibits), dated July 27, 2018, from Joseph J. Schiavone to Daniel E. Schmidt, Spiro K. Bantis, and Howard D. Denbin, with copies to Richard P. Regan and Lloyd A. Gura, counsel to New England Reinsurance Corporation and Hartford Fire Insurance Company.

8. Exhibit G in opposition to Penn National's Petition is a letter, dated July 27, 2018, from Joseph J. Schiavone to Richard P. Regan.

9. Exhibit H in opposition to Penn National's Petition is a letter, dated August 3, 2018, from Richard P. Regan to Daniel E. Schmidt, Spiro K. Bantis, and Howard D. Denbin, with copies to Lloyd A. Gura, Robert Tomilson, Joseph J. Schiavone and Jeffrey S. Leonard.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2019

                                s/ *Jeffrey S. Leonard*
                                JEFFREY S. LEONARD

1356118.DOCX