IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA NATIONAL MUTUAL : 
CASUALTY INSURANCE COMPANY, :
:
Petitioner, :
:
v. : No. 1:18-mc-00653-JEJ
:
EVEREST REINSURANCE COMPANY, :
f/k/a Prudential Reinsurance Company, :
:
Respondent. :

FILED
HARRISBURG, PA

JAN 09 2019

PER_____
DEPUTY CLERK

## PENN NATIONAL'S MOTION TO SEAL CONFIDENTIAL DOCUMENTS ATTACHED TO ITS BRIEF OPPOSING EVEREST'S PETITION TO COMPEL ARBITRATION

In accordance with Local Civil Rule 5.8 and Local Criminal Rule 49, Pennsylvania National Mutual Casualty Insurance Company ("Penn National"), files this Motion to seal Exhibits A to F, attached to Penn National's contemporaneously filed brief in opposition to the Petition filed by Everest Reinsurance Company ("Everest"). With this Motion, Penn National also files its Statement of Justification and a proposed order.

                        Respectfully submitted,

Dated: January 9, 2019        /s/ Matthew M. Haar
                                    Matthew M. Haar, Esq. (85688)
                                    K. Wesley Mishoe, Esq. (321983)
                                    Saul Ewing Arnstein & Lehr LLP
                                    2 North 2nd Street, 7th Floor
                                    Harrisburg, Pennsylvania 17101
                                    matt.haar@saul.com – (717) 257-7508
                                    wes.mishoe@saul.com – (717) 257-7555

                                    Paul M. Hummer, Esq. (46413)
                                    Saul Ewing Arnstein & Lehr LLP
                                    1500 Market Street, 38th Floor
                                    Philadelphia, PA  19102
                                    paul.hummer@saul.com – 215-972-7788

                                    *Attorneys for Petitioner*
                                    *Pennsylvania National Mutual*
                                    *Casualty Insurance Company*

## **CERTIFICATE OF NONCONCURRENCE**

In accordance with Local Civil Rule 7.1, the undersigned certifies that he has sought concurrence from counsel for Everest, and concurrence has been denied.

Dated:  January 9, 2019               /s/ Matthew M. Haar
                                                              Matthew M. Haar

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019, I served a true and correct copy of the foregoing *Motion* upon the following through ECF filing:

> Marc E. Wolin, Esq.
> Joseph J. Schiavone, Esq.
> Jeffrey S. Leonard, Esq.
> Saiber LLC
> 18 Columbia Turnpike, Suite 200
> Florham Park, NJ  07932

Dated:  January 9, 2019     /s/ Matthew M. Haar
                            Matthew M. Haar