IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY,

    Petitioner,

v.

EVEREST REINSURANCE COMPANY,
f/k/a Prudential Reinsurance Company,

    Respondent.

No. 1:18-mc-00653-JEJ

## ORDER

AND NOW, this ____ day of _____, 2019, upon consideration of Penn National's Motion to Seal Confidential Documents Attached to Its Brief Opposing Everest's Petition to Compel Arbitration, it is ORDERED that the Motion is GRANTED as follows:

1.    Exhibits A to F, attached to Penn National's brief in opposition to Everest's Petition to Compel Arbitration, shall be sealed; and,

2.    Any future filings in this action which include these documents shall be filed under seal.

                                                                   _____
                                                                   John E. Jones III
                                                                   United States District Judge