IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, : <br><br>  Petitioner, : <br><br> v. : <br><br> EVEREST REINSURANCE COMPANY, : <br> f/k/a Prudential Reinsurance Company, : <br><br>  Respondent. : | No. 1:18-mc-00653-JEJ <br><br> FILED <br> HARRISBURG, PA <br><br> JAN 09 2019 <br><br> PER_____ <br> DEPUTY CLERK |

## PENN NATIONAL'S MOTION TO SEAL CONFIDENTIAL DOCUMENTS ATTACHED TO EVEREST'S PETITION TO COMPEL ARBITRATION

In accordance with Local Civil Rule 5.8 and Local Criminal Rule 49, Pennsylvania National Mutual Casualty Insurance Company ("Penn National") files this Motion to seal Exhibits A & E – H (Doc. 4 at 4-8, 18-19, 21-31, 33, 35-36), filed by Petitioner, Everest Reinsurance Company ("Everest"). With this Motion, Penn National also files its Statement of Justification and a proposed order.

                                          Respectfully submitted,

Dated: January 9, 2019        /s/ Matthew M. Haar
                                        Matthew M. Haar, Esq. (85688)
                                        K. Wesley Mishoe, Esq. (321983)
                                        Saul Ewing Arnstein & Lehr LLP
                                        2 North 2nd Street, 7th Floor
                                        Harrisburg, Pennsylvania 17101
                                        matt.haar@saul.com – (717) 257-7508
                                        wes.mishoe@saul.com – (717) 257-7555

                                        Paul M. Hummer, Esq. (46413)
                                        Saul Ewing Arnstein & Lehr LLP
                                        1500 Market Street, 38th Floor
                                        Philadelphia, PA  19102
                                        paul.hummer@saul.com – 215-972-7788

                                        *Attorneys for Petitioner*
                                        *Pennsylvania National Mutual*
                                        *Casualty Insurance Company*

## **CERTIFICATE OF NONCONCURRENCE**

In accordance with Local Civil Rule 7.1, the undersigned certifies that he has sought concurrence from counsel for Everest, and concurrence has been denied.

Dated:  January 9, 2019                                /s/ Matthew M. Haar
                                                                  Matthew M. Haar

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019, I served a true and correct copy of the foregoing *Motion* upon the following through ECF filing:

>Marc E. Wolin, Esq.
>Joseph J. Schiavone, Esq.
>Jeffrey S. Leonard, Esq.
>Saiber LLC
>18 Columbia Turnpike, Suite 200
>Florham Park, NJ  07932

Dated:  January 9, 2019                      /s/ Matthew M. Haar
                                             Matthew M. Haar