IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA NATIONAL MUTUAL :
CASUALTY INSURANCE COMPANY, :

    Petitioner,

v.      : No. 1:18-mc-00653-JEJ

EVEREST REINSURANCE COMPANY, :
f/k/a Prudential Reinsurance Company, :

    Respondent.

## ORDER

AND NOW, this ____ day of _____, 2019, upon consideration of Penn National's Motion to Seal Confidential Documents Attached to Everest's Petition to Compel Arbitration, it is ORDERED that the Motion is GRANTED as follows:

1. Exhibits A & E – H (Doc. 4 at 4-8, 18-19, 21-31, 33, 35-36), filed by Petitioner, Everest Reinsurance Company, shall be sealed; and,

2. Any future filings in this action which include these documents shall be filed under seal.

                                        _____
                                        John E. Jones III
                                        United States District Judge