IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA NATIONAL MUTUAL :
CASUALTY INSURANCE COMPANY, :
  :
  Petitioner, :
  :
v. : No. 1:18-mc-00653-JEJ
  :
EVEREST REINSURANCE COMPANY, :
f/k/a Prudential Reinsurance Company, :
  :
  Respondent. :

FILED
HARRISBURG, PA
JAN 25 2019
PER _____
DEPUTY CLERK

## PENN NATIONAL'S MOTION TO SEAL CONFIDENTIAL DOCUMENTS ACCOMPANYING EVEREST'S BRIEF IN OPPOSITION (DOC. 21)

In accordance with Local Civil Rule 5.8 and Local Criminal Rule 49, Pennsylvania National Mutual Casualty Insurance Company ("Penn National") files this Motion to seal Exhibits A & E – H (Doc. 22-1 at 4-8, 18-19, 21-31, 33, 35-36), filed by Petitioner, Everest Reinsurance Company ("Everest"). With this Motion, Penn National also files its Statement of Justification and a proposed order.

32477594.1 01/25/2019

                                            Respectfully submitted,

Dated: January 25, 2019       /s/ Matthew M. Haar
                                              Matthew M. Haar, Esq. (85688)
                                              K. Wesley Mishoe, Esq. (321983)
                                              Saul Ewing Arnstein & Lehr LLP
                                              2 North 2nd Street, 7th Floor
                                              Harrisburg, Pennsylvania 17101
                                              matt.haar@saul.com – (717) 257-7508
                                              wes.mishoe@saul.com – (717) 257-7555

                                              Paul M. Hummer, Esq. (46413)
                                              Saul Ewing Arnstein & Lehr LLP
                                              1500 Market Street, 38th Floor
                                              Philadelphia, PA  19102
                                              paul.hummer@saul.com – 215-972-7788

                                              *Attorneys for Petitioner*
                                              *Pennsylvania National Mutual*
                                              *Casualty Insurance Company*

## **CERTIFICATE OF NONCONCURRENCE**

In accordance with Local Civil Rule 7.1, the undersigned certifies that he has sought concurrence from counsel for Everest, and concurrence has been denied.

Dated:  January 25, 2019                          /s/ Matthew M. Haar
                                                                   Matthew M. Haar

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2019, I served a true and correct copy of the foregoing *Motion* upon the following via e-mail:

> Marc E. Wolin, Esq.
> Joseph J. Schiavone, Esq.
> Jeffrey S. Leonard, Esq.
> Saiber LLC
> 18 Columbia Turnpike, Suite 200
> Florham Park, NJ  07932

Dated:  January 25, 2019                /s/ Matthew M. Haar
                                        Matthew M. Haar

32477594.1 01/25/2019