IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company,<br><br>   Petitioner,<br><br>v.<br><br>Everest Reinsurance Company,<br><br>   Respondent. | Case No.: 1:18-mc-00653-JEJ<br><br>**Consolidated Cases** |
| Everest Reinsurance Company,<br><br>   Petitioner,<br><br>v.<br><br>Pennsylvania National Mutual Casualty Insurance Company,<br><br>   Respondent. | Case No.: 1:18-mc-00656-JEJ |

**REPLY CERTIFICATION OF
<u>JEFFREY S. LEONARD</u>**

Pursuant to 28 U.S.C. § 1746, I, JEFFREY S. LEONARD, hereby certify that:

1. I am a partner with the law firm Saiber LLC, attorneys for petitioner-respondent Everest Reinsurance Company ("Everest"). I am fully familiar with the facts and procedural circumstances contained herein. I make this Reply

Certification in further support of Everest's Petition to Compel Existing Arbitration and to Stay Subsequent Arbitration (the "Petition") to set certain documents before the Court.

2. Exhibit I in further support of the Petition is an E-mail string between Matthew M. Haar and me, dated January 10 and 11, 2019.

3. Exhibit J in further support of the Petition is the Termination Endorsement, effective January 1, 1993, to the Second Excess of Loss Reinsurance Contract between Everest and respondent-petitioner Pennsylvania National Mutual Casualty Insurance Company ("Penn National") effective January 1, 1991.

4. Exhibit K in further support of the Petition is excerpts from Penn National's November 13, 2019 Statement of Justification For Sealing Order, filed in Case No.: 1:18-mc-00653-JEJ on November 14, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 25, 2019.

                                                                            _____
                                                                            JEFFREY S. LEONARD

1359432