IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company,<br><br>Petitioner,<br><br>v.<br><br>Everest Reinsurance Company,<br><br>Respondent. | Case No.: 1:18-mc-00653-JEJ<br><br>**Consolidated Cases** |
| Everest Reinsurance Company,<br><br>Petitioner,<br><br>v.<br><br>Pennsylvania National Mutual Casualty Insurance Company,<br><br>Respondent. | Case No.: 1:18-mc-00656-JEJ |

**TABLE OF REPLY EXHIBITS IN FURTHER SUPPORT OF
EVEREST REINSURANCE COMPANY'S
PETITION TO COMPEL EXISTING ARBITRATION AND
TO STAY SUBSEQUENT ARBITRATION**

On the Brief:
   Joseph J. Schiavone, Esq.
   Jeffrey S. Leonard, Esq.
   Marc E. Wolin, Esq.

Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Tel. 973-622-3333
Fax 973-622-3349
Attorneys for Petitioner-Respondent
Everest Reinsurance Company

01360314.DOCX

| EXHIBIT | DESCRIPTION |
|---|---|
| I | E-mail string, dated January 10, 2019 – January 11, 2019 |
| J | Termination Endorsement, effective January 1, 1993, to the Second Excess of Loss Reinsurance Contract, effective January 1, 1991 |
| K | Statement of Justification For Sealing Order, dated November 13, 2019 |

# Exhibit I

## Jeffrey S. Leonard

| | |
|---|---|
| **From:** | Haar, Matthew M. <matt.haar@saul.com> |
| **Sent:** | Friday, January 11, 2019 4:03 PM |
| **To:** | Jeffrey S. Leonard |
| **Cc:** | Joseph J. Schiavone; Hummer, Paul M.; Mishoe, K. Wesley |
| **Subject:** | RE: Penn National/Everest |

Jeff – to answer the second question first, Penn National does not consent to unsealing the documents in the Hartford confirmation litigation. On the first question, my understanding is that Exhibit A is copies of the Treaties, which Everest already has, and earlier this week I provided you with an additional copy of the Treaties with Bates labels. Exhibit C is the Hartford arbitration award, which Penn National believes it is both bound to and entitled to keep confidential, consistent with industry standards. Thanks.

Matt

**SAUL EWING ARNSTEIN & LEHR**

Matthew M. Haar
**SAUL EWING ARNSTEIN & LEHR LLP**
Penn National Insurance Tower
2 North Second Street, 7th Floor | Harrisburg, PA 17101-1619
Tel: 717.257.7508 | Fax: 717.257.7581
matt.haar@saul.com | www.saul.com

---

**From:** Jeffrey S. Leonard [mailto:JLeonard@saiber.com]
**Sent:** Thursday, January 10, 2019 11:25 AM
**To:** Haar, Matthew M.
**Cc:** Mishoe, K. Wesley; Joseph J. Schiavone
**Subject:** Penn National/Everest

**\*\*EXTERNAL EMAIL\*\*** - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.

```
Matt - I write with two questions. First, will your client agree to
provide us with Exhibits A and C to its petition to confirm, filed in the
Middle District of Pennsylvania under Case No. 1:18-mc-00278-JEJ? Second,
we will be filing a motion to unseal those documents. Does your client
consent to that relief?
```

**Jeffrey S. Leonard, Esq.**



**Saiber**
ATTORNEYS AT LAW
**18 Columbia Turnpike, Suite 200**
**Florham Park, NJ 07932-2266**
Direct: 973-645-4810 | Firm: 973-622-3333 | Fax 973-622-3349
Email: jleonard@saiber.com | my profile | www.saiber.com

Florham Park | Newark | New York | Philadelphia

1

This e-mail and any documents accompanying this e-mail may contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information, is strictly prohibited and that the documents should be returned to Saiber LLC immediately. In this regard, if you have received this e-mail in error, please notify us by return e-mail or telephone (973-622-3333) immediately, delete the e-mail and all attachments and destroy all hard copies of same.

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+

# Exhibit J

9289

# TERMINATION ENDORSEMENT

## to

## PROPERTY AND CASUALTY

## SECOND EXCESS OF LOSS REINSURANCE CONTRACT

## EFFECTIVE JANUARY 1, 1991 AT 12:01 A.M., EASTERN STANDARD TIME

### issued to

## PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY

## PENN NATIONAL SECURITY INSURANCE COMPANY

## HARRISBURG, PENNSYLVANIA

### by

## PRUDENTIAL REINSURANCE COMPANY

## DELAWARE

It is understood and agreed that effective January 1, 1993, at 12:01 a.m., Eastern Standard Time, this contract is cancelled in accordance with the provisions of Article 2., TERM.

All other terms and conditions remain unchanged.

Signed in Newark, New Jersey, this 27th day of August, 1993.

PRUDENTIAL REINSURANCE COMPANY

BY _____

TITLE _____

PAD:jhw
G19696.93
2/16/93

*Towers Perrin*
*Reinsurance*

9289

and signed in Harrisburg, Pennsylvania, this 25 day of Feb, 1993.

PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY
PENN NATIONAL SECURITY
INSURANCE COMPANY

BY _____

TITLE _____

attached to

and forming part of the

**TERMINATION ENDORSEMENT**

to the

**PROPERTY AND CASUALTY**

**SECOND EXCESS OF LOSS REINSURANCE CONTRACT**

*Towers Perrin*
*Reinsurance*

# Exhibit K

**EXHIBIT K**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company,<br>Petitioner<br><br>v.<br><br>Everest Reinsurance Company, f/k/a Prudential Reinsurance Company<br>Respondent. | :<br>:<br>:<br>:<br>:  No. 1:18-mc-00653-SHR<br>:<br>:<br>:<br>:<br>:<br>: |

## PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY'S
## STATEMENT OF JUSTIFICATION FOR SEALING ORDER

Petitioner, Pennsylvania National Mutual Casualty Insurance Company ("Penn National"), hereby submits this Statement of Justification in support of its Motion to Seal Confidential Documents pursuant to LR 5.8 and LCrR 49 and states as follows[1].

1.  Penn National and Everest Reinsurance Company f/k/a Prudential Reinsurance Company ("Everest") are parties to multiple reinsurance agreements containing an arbitration provision (collectively, "Treaties"). A representative

---

[1] The statements of fact come from Penn National's Verified Petition to Compel Arbitration.

220538261

11. Everest's refusal to participate in selecting an arbitration panel based on its assertion that the Former Panel should consider the present dispute will necessarily require some confidential Arbitration Information relating to the prior arbitration be presented to the Court in this matter.

12. The Treaties and Arbitration Demand in the present dispute would be Arbitration Information under the standard form of Confidentiality Agreement and Protective Order and thus subject to the terms of such an order, once entered in the present arbitration. (See Exhibit 1 at ¶ 2.)

13. Both the Treaties and the Arbitration Demand contain sensitive and proprietary information regarding the nature and structure of the parties' business relationship.

14. The *Century* case involved an agreed upon confidentiality agreement with identical operative language. *Id.* at 826.

15. The Court in Century outlined the law regarding sealing of court records.

> The strong common law presumption of public access to judicial records is not absolute. *In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir.2001). However, this presumption is rebutted only when a court is satisfied, after balancing the competing interests, that the need for secrecy outweighs the presumption of access. *Id.* The party seeking to have the record sealed "bears the burden of showing that the material is the kind of information that courts will protect" and that "disclosure will work a clearly defined and serious injury to the party seeking closure." *Id.* (quoting *Miller v. Ind. Hosp.*, 16 F.3d 549, 551 (3d Cir.1994)).

**EXHIBIT K**

WHEREFORE, Petitioner Pennsylvania National Mutual Casualty Insurance Company respectfully requests that this Court grant the Motion to Seal Confidential Documents and for such other relief as the Court deems appropriate.

                                    Respectfully Submitted,

                                    CLARK HILL PLC

Dated: November 13, 2018

Robert W. Tomilson, Esq. (PA ID 204644)
Joseph M. Donley (Pa ID 23058)
One Commerce Square
2005 Market Street
Philadelphia, PA 19103
215 640 8500
rtomilson@clarkhill.com

*Counsel for Petitioner, Pennsylvania National Mutual Casualty Insurance Company*