IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company,<br><br>   Petitioner,<br><br> v.<br><br>Everest Reinsurance Company,<br><br>   Respondent. | Case No.: 1:18-mc-00653-JEJ<br><br>**Consolidated Cases** |
| Everest Reinsurance Company,<br><br>   Petitioner,<br><br> v.<br><br>Pennsylvania National Mutual Casualty Insurance Company,<br><br>   Respondent. | Case No.: 1:18-mc-00656-JEJ |

**CERTIFICATION OF**
**JEFFREY S. LEONARD**

 Pursuant to 28 U.S.C. § 1746, I, JEFFREY S. LEONARD, hereby certify that:

 1. I am a partner with the law firm Saiber LLC, attorneys for petitioner-respondent Everest Reinsurance Company ("Everest"). I am fully familiar with the facts and procedural circumstances contained herein. I make this Certification in

response to Pennsylvania National Mutual Casualty Insurance Company's Motion to Seal Documents Accompanying Everest Reinsurance Company's Brief in Opposition to Petition to Compel Arbitration in order to set certain documents before the Court.

    2.    Exhibit A is a notice of electronic filing, dated January 9, 2019.

    3.    Exhibit B is a notice of electronic filing, dated January 10, 2019.

    4.    Exhibit C in response to the motion to seal is an E-mail, dated January 9, 2019, from Matthew M. Haar to Joseph J. Schiavone and Jeffrey S. Leonard.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2019.

                                            /s/ *Jeffrey S. Leonard*
                                            JEFFREY S. LEONARD

1364211