IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company,<br><br>   Petitioner,<br><br>v.<br><br>Everest Reinsurance Company,<br><br>   Respondent. | Case No.: 1:18-mc-00653-JEJ<br><br>**Consolidated Cases** |
| Everest Reinsurance Company,<br><br>   Petitioner,<br><br>v.<br><br>Pennsylvania National Mutual Casualty Insurance Company,<br><br>   Respondent. | Case No.: 1:18-mc-00656-JEJ |

**TABLE OF EXHIBITS FOR RESPONSE TO
PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE
COMPANY'S MOTION TO SEAL DOCUMENTS
ACCOMPANYING EVEREST REINSURANCE COMPANY'S
BRIEF IN OPPOSITION TO PETITION TO COMPEL ARBITRATION**

Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Tel. 973-622-3333
Fax 973-622-3349
Attorneys for Petitioner-Respondent
Everest Reinsurance Company

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Notice of Electronic Filing, dated January 9, 2019 |
| B | Notice of Electronic Filing, dated January 10, 2019 |
| C | E-mail, dated January 9, 2019, from Matthew M. Haar, Esq. to Joseph J. Schiavone, Esq. and Jeffrey S. Leonard, Esq. |

1364224

# EXHIBIT A

| | |
|---|---|
| **From:** | PAMDEfilingstat@pamd.uscourts.gov |
| **Sent:** | Wednesday, January 9, 2019 4:31 PM |
| **To:** | pamd_ecf_nef@pamd.uscourts.gov |
| **Subject:** | Activity in Case 1:18-mc-00653-JEJ Pennsylvania National Mutual Casualty Insurance Company v. Everest Reinsurance Company Affidavit in Opposition to Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Middle District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered by Leonard, Jeffrey on 1/9/2019 at 4:30 PM EST and filed on 1/9/2019

| | |
|---|---|
| **Case Name:** | Pennsylvania National Mutual Casualty Insurance Company v. Everest Reinsurance Company |
| **Case Number:** | 1:18-mc-00653-JEJ |
| **Filer:** | Everest Reinsurance Company |
| **Document Number:** | 22 |

**Docket Text:**
**AFFIDAVIT in Opposition re [1] MOTION to Compel *Arbitration* filed by Everest Reinsurance Company. (Attachments: # (1) Exhibit(s))(Leonard, Jeffrey)**

**1:18-mc-00653-JEJ Notice has been electronically mailed to:**

Jeffrey S. Leonard    jleonard@saiber.com, lguarino@saiber.com, rvacchiano@saiber.com

Joseph J. Schiavone    jschiavone@saiber.com

Marc E. Wolin    MWolin@saiber.com, Suzanne@saiber.com

Matthew M. Haar    mhaar@saul.com, dkoellner@saul.com

Paul M. Hummer    phummer@saul.com, rmerryfield@saul.com

**1:18-mc-00653-JEJ Filer will deliver notice by other means to::**

1

**EXHIBIT A**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1027698419 [Date=1/9/2019] [FileNumber=5953078-0]
[69040009e5d27876ef286adafd572a1cf95df6e9cb589a15993944cd300b8aea23bb
86a88ec91378f393e9c04e2275648c46d0b2c08c392a3a60ebe4fbf7de51]]

**Document description:** Exhibit(s)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1027698419 [Date=1/9/2019] [FileNumber=5953078-1]
[21ad3765b8a2d64b114eaacaccd9125da6b31ac19949cb0facd5cff2dbb912243d15
daaa83a704b2fca75216dfb7b19a7a4401a02c197cc8ebe660b365b0e828]]

# EXHIBIT B

| | |
|---|---|
| **From:** | PAMDEfilingstat@pamd.uscourts.gov |
| **Sent:** | Thursday, January 10, 2019 10:29 AM |
| **To:** | pamd_ecf_nef@pamd.uscourts.gov |
| **Subject:** | Activity in Case 1:18-mc-00653-JEJ Pennsylvania National Mutual Casualty Insurance Company v. Everest Reinsurance Company Motion to File Document Under Seal |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Middle District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered on 1/10/2019 at 10:28 AM EST and filed on 1/9/2019

| | |
|---|---|
| **Case Name:** | Pennsylvania National Mutual Casualty Insurance Company v. Everest Reinsurance Company |
| **Case Number:** | 1:18-mc-00653-JEJ |
| **Filer:** | Pennsylvania National Mutual Casualty Insurance Company |
| **Document Number:** | 26 |

**Docket Text:**
**MOTION to File Document Under Seal filed by Pennsylvania National Mutual Casualty Insurance Company. (Attachments: # (1) Proposed Order)(dmn)**

**1:18-mc-00653-JEJ Notice has been electronically mailed to:**

Jeffrey S. Leonard     jleonard@saiber.com, lguarino@saiber.com, rvacchiano@saiber.com

Joseph J. Schiavone     jschiavone@saiber.com

Marc E. Wolin     MWolin@saiber.com, Suzanne@saiber.com

Matthew M. Haar     mhaar@saul.com, dkoellner@saul.com

Paul M. Hummer     phummer@saul.com, rmerryfield@saul.com

**1:18-mc-00653-JEJ Filer will deliver notice by other means to::**

**EXHIBIT B**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1027698419 [Date=1/10/2019] [FileNumber=5953488-0
] [402c7a5b8bfaa224619fb27216992448b72e894a4b21f5e9514717a492b201730d8
c11dfda64bd6047b58bb5e031329994f4a431747f1ef21325f17c53a21312]]

**Document description:** Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1027698419 [Date=1/10/2019] [FileNumber=5953488-1
] [b2eb5e6864aa55d8cff7a709c0e79858a83e1de5908345e6b5fc62e6cdea2f15883
7d9ccd98637c31e50464344b66bd29cd0c86f1eaa674562f0876f3a3725a7]]

# EXHIBIT C

**EXHIBIT C**

| | |
|---|---|
| **From:** | Haar, Matthew M. <matt.haar@saul.com> |
| **Sent:** | Wednesday, January 9, 2019 5:33 PM |
| **To:** | Jeffrey S. Leonard; Joseph J. Schiavone |
| **Cc:** | Hummer, Paul M.; Mishoe, K. Wesley |
| **Subject:** | Penn National - Everest - motions to seal |
| **Attachments:** | PNI Motion to Seal Confidential docs attached to its Brief in Opposition to Motion to Compel Arbitration.pdf; 31015911-v2-PNI - Everest - Statement of Justification to Seal Treaties.pdf; PNI Motion to Seal Confidential docs attached to Everest's Petition to Compel Arbitration.pdf; 30141267-v3-PNI - Everest - Statement of Justification to Seal Everest Exhibits.pdf |

Jeff and Joe – this afternoon we filed the attached motions to seal. Exhibits A-F, which are Bates-labelled versions of the Treaties, are being sent to you by FedEx on a flashdrive.

Matt

**SAUL EWING ARNSTEIN & LEHR** LLP

Matthew M. Haar
SAUL EWING ARNSTEIN & LEHR LLP
Penn National Insurance Tower
2 North Second Street, 7th Floor | Harrisburg, PA 17101-1619
Tel: 717.257.7508 | Fax: 717.257.7581
matt.haar@saul.com | www.saul.com

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+