# Exhibit B

**CLOSED**

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:17-cv-10751-LTS

| | |
|---|---|
| OneBeacon Insurance Company v. EVEREST REINSURANCE COMPANY | Date Filed: 04/28/2017 |
| Assigned to: District Judge Leo T. Sorokin | Date Terminated: 10/24/2017 |
| Cause: 09:1 U.S. Arbitration Act | Jury Demand: None |
| | Nature of Suit: 896 Other Statutes: Arbitration |
| | Jurisdiction: Diversity |

**Plaintiff**

**OneBeacon Insurance Company**  
*Now known as*  
Bedivere Insurance Company  
*also known as*  
OneBeacon

represented by **Kathryn Lundwall Alessi**  
Sidley Austin LLP  
60 State Street  
34th Floor  
Boston, MA 02109  
617-223-0364  
Email: kalessi@sidley.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jack W. Pirozzolo**  
Sidley Austin LLP  
60 State Street  
34th Floor  
Boston, MA 02109  
617-223-0304  
Fax: 617-223-0301  
Email: jpirozzolo@sidley.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**EVEREST REINSURANCE COMPANY**

represented by **William J Fidurko**  
Tucker, Dyer & OConnell, LLP  
199 Wells Avenue, Suite 301  
Newton, MA 02459  
617-986-6226  
Email: fidurko@tdolaw.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2017 | 1 | COMPLAINT against EVERREST REINSURANCE COMPANY Filing fee: $ 400, receipt number 0101-6603716 (Fee Status: Filing Fee paid), filed by OneBeacon Insurance Company. (Attachments: # 1 Civil Cover Sheet, # 2 OneBeacon Category Form)(Alessi, Kathryn) (Entered: 04/28/2017) |
| 04/28/2017 | 2 | CORPORATE DISCLOSURE STATEMENT by OneBeacon Insurance Company identifying Other Affiliate Armour Group Holdings, Ltd., for OneBeacon Insurance Company.. (Alessi, Kathryn) (Entered: 04/28/2017) |
| 04/28/2017 | 3 | MOTION to Seal by EVEREST REINSURANCE COMPANY. (Attachments: # 1 Affidavit, # 2 Affidavit and Exhibits A-D)(Fidurko, William) (Entered: 04/28/2017) |
| 04/28/2017 | 4 | MEMORANDUM in Support re 3 MOTION to Seal filed by EVEREST REINSURANCE COMPANY. (Fidurko, William) (Entered: 04/28/2017) |
| 04/28/2017 | 5 | CORPORATE DISCLOSURE STATEMENT by EVEREST REINSURANCE COMPANY. (Fidurko, William) (Entered: 04/28/2017) |
| 05/01/2017 | 6 | ELECTRONIC NOTICE of Case Assignment. District Judge Leo T. Sorokin assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Marianne B. Bowler. (Abaid, Kimberly) (Entered: 05/01/2017) |
| 05/01/2017 | 7 | Summons Issued as to EVEREST REINSURANCE COMPANY. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Franklin, Yvonne) (Entered: 05/01/2017) |

| | | |
|---|---|---|
| 05/16/2017 | 8 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 3 Motion to Seal (Simeone, Maria) (Entered: 05/16/2017) |
| 06/09/2017 | 10 | AFFIDAVIT OF SERVICE Executed by OneBeacon Insurance Company. EVEREST REINSURANCE COMPANY served on 5/5/2017, answer due 5/26/2017. Acknowledgement filed by OneBeacon Insurance Company. (Alessi, Kathryn) (Entered: 06/09/2017) |
| 06/09/2017 | 11 | CERTIFICATE OF SERVICE pursuant to LR 5.2 by OneBeacon Insurance Company . (Alessi, Kathryn) (Entered: 06/09/2017) |
| 06/29/2017 | 12 | NOTICE of Appearance by Jack W. Pirozzolo on behalf of OneBeacon Insurance Company (Pirozzolo, Jack) (Entered: 06/29/2017) |
| 10/16/2017 | 13 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered. Plaintiff filed a petition to confirm a final arbitration award. Defendant has not appeared. Within seven days (10/23/17), Plaintiff shall file a proposed form of final judgment.(Lovett, Jarrett) (Entered: 10/16/2017) |
| 10/20/2017 | 14 | Set Deadlines: Proposed form of final judgment due by 10/23/2017. (Montes, Mariliz) (Entered: 10/20/2017) |
| 10/23/2017 | 15 | Proposed Document(s) submitted by OneBeacon Insurance Company. Document received: Order (as per Court's Order Dkt. No. 13). (Attachments: # 1 Judgment in a Civil Case)(Pirozzolo, Jack) (Entered: 10/23/2017) |
| 10/24/2017 | 16 | Letter/request (non-motion) from Everest Reinsurance Company *concerning the Court's October 16, 2017 electronic order*. (Fidurko, William) (Entered: 10/24/2017) |
| 10/24/2017 | 17 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered.<br><br>In light of 16 Defendant's letter, the Court hereby finds that Defendant does not oppose Plaintiff's petition to confirm. The Court's 13 electronic Order of October 16, 2017 is VACATED to the extent (a) it says defendant has not appeared and (b) it is inconsistent with this Order. (Montes, Mariliz) (Entered: 10/24/2017) |
| 10/24/2017 | 18 | District Judge Leo T. Sorokin: ENDORSED ORDER entered.<br><br>IT IS HEREBY ORDERED that the arbitration award dated February 14, 2017, as clarified on April 13, 2017, is confirmed and the judgment is entered without costs in favor of Plaintiff and against Defendant. (Montes, Mariliz) (Entered: 10/24/2017) |
| 10/24/2017 | 19 | District Judge Leo T. Sorokin: ENDORSED ORDER entered. JUDGMENT (Montes, Mariliz) (Entered: 10/24/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/20/2019 10:56:09 | | | |
| **PACER Login:** | se0018:2632279:0 | **Client Code:** | 99998-0200 Haar |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cv-10751-LTS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |