# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | : : : | 1:18-mc-653 |
| Petitioner, | : : | Hon. John E. Jones III |
| v. | : : | |
| EVEREST REINSURANCE COMPANY, | : : | |
| Respondent. | : | |

_____

| | | |
|---|---|---|
| EVEREST REINSURANCE COMPANY, | : : | |
| Petitioner, | : : | |
| v. | : : | |
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | : : : | |
| Respondent. | : | |

## ORDER

## March 14, 2019

Presently before this Court are competing Motions to Compel Arbitration (Docs. 1 and 31). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED:**

1. Pennsylvania National Mutual Casualty Insurance Company's Motion to Compel Arbitration, (Doc. 1), is **GRANTED.**

2. Everest Reinsurance Company's Motion to Compel Existing Arbitration and to Stay Subsequent Arbitration, (Doc. 31), is **DENIED.**

3. Pennsylvania National Mutual Casualty Insurance Company's Motions to Seal, (Docs. 3, 24, 26, 40), are **GRANTED.**

4. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/ John E. Jones III  
John E. Jones III  
United States District Judge