# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | |
| Petitioner, | Case Nos.: 1:18-mc-00653-JEJ |
| vs. | |
| EVEREST REINSURANCE COMPANY, f/k/a Prudential Reinsurance Company | |
| Respondent. | CONSOLIDATED CASES |
| EVEREST REINSURANCE COMPANY, | |
| Petitioner, | Case No. 1:18-mc-00656-JEJ |
| v. | |
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | |
| Respondent. | |

## NOTICE OF APPEAL

Notice is hereby given that Everest Reinsurance Company ("Everest"), Petitioner-Respondent in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order, entered in this action on the fourteenth day of March 2019, that (i) denied Everest's Petition to Compel Existing Arbitration and Stay Subsequent Arbitration, (ii) granted the Petition of

Pennsylvania National Mutual Casualty Insurance Company ("Penn National") to Compel Arbitration, and (iii) granted Penn National's Motions to Seal.

Dated: April 9, 2019

SAIBER LLC

 /s/ *Jeffrey S. Leonard*
Jeffrey S. Leonard   (NJ 031161993)
jleonard@saiber.com
(Admitted pro hac vice)

Joseph J. Schiavone (NJ 012761989)
jschiavone@saiber.com
(Admitted pro hac vice)

Marc E. Wolin       (PA 65437)
mwolin@saiber.com

18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Tel. 973-622-3333
Fax 973-622-3349

Attorneys for Petitioner-Respondent
Everest Reinsurance Company

1379264